## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 2:19-CR-0111-WFN-8 |
|---|---|---|---|
| | Plaintiff, | CRIMINAL MINUTES | |
| -vs- | | DATE: | APRIL 22, 2021 |
| MARIANO RUIZ-BALDERAS, | | LOCATION: | SPOKANE |
| | Defendant. | IN-COURT HEARING | |

| Hon. Wm. Fremming Nielsen | | |
|---|---|---|
| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caitlin A. Baunsgard | | Karen S. Lindholdt |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | Jennifer Frieling  (Telephonic) | |

[ X ]  Open Court        [  ]  Chambers        [ X ]  Telecon

Defendant present in custody of United States Marshal with appointed counsel.

Initial comments by Court noting this was the time original set for sentencing but understands counsel are seeking a continuance of that hearing and the reasons for the request.  The Court indicated he is willing to consider a reasonable continuance to accommodate the Defendant.

Defense counsel addressed the Court and confirmed the Court's understanding, and made an oral motion to continue the sentencing hearing into early June, and the reasons therefor.

Government counsel advised she had no objection to the requested continuance.

For the reasons stated on the record, the Court GRANTED Defendant's oral motion to continue sentencing. The sentencing hearing shall be RESET for June 8, 2021, at 9:00 a.m., S/WFN.  Defendant shall remain detained pending sentencing.

[ X ]  ORDER FORTHCOMING

| CONVENED: 9:03 A.M. | ADJOURNED: 9:09 A.M. | TIME: 0:06 HR. | CALENDARED [ X ] |
|---|---|---|---|